971 A.2d 1122

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**1999 FORD TRUCK, PA REG. YSX3527, VIN # 1FTRX18L9XNB41962 (RE: JEFFREY HOACHLANDER), Respondent.**

**No. 6 MM 2009.**

Supreme Court of Pennsylvania.

May 13, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of May, 2009, the "Petition for Leave to File Appeal *Nunc Pro Tunc*," which is treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is **GRANTED.**